FILED
 2013 Feb-04 PM 04:02
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |  |
|---|---|---|
| SHANNON BAILEY, | ] | |
| | ] | |
| Plaintiff; | ] | |
| | ] | |
| vs. | ] | 6:12-cv-2806-RRA |
| | ] | |
| ANDERSON MERCHANDISER LP, | ] | |
| | ] | |
| Defendant. | ] | |

## ORDER

This Court has reviewed the Report and Recommendation of the Honorable Robert R. Armstrong, Jr., United States Magistrate Judge (Doc. 10), entered the 17th day of January, 2013, pertaining to Plaintiff's Motion for Remand. (Doc. 4.) The parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections were filed.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, this Court hereby ADOPTS the report of the magistrate judge. The Court further ACCEPTS the recommendations of the magistrate judge, and therefore ORDERS Plaintiff's Motion for Remand is DENIED.

Done this <u>4th</u> day of <u>February 2013</u>.

                                        L. SCOTT COOGLER
                            UNITED STATES DISTRICT JUDGE

[160704]